NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SHASTA CASEY HOWELL, aka Shasta Casey Howell McCallum,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

2024-1775

Appeal from the United States Court of Federal Claims in No. 1:24-cv-00362-SSS, Judge Stephen S. Schwartz.

Before STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

### O R D E R

In response to this court's May 15, 2024 show cause order, the United States urges dismissal. Shasta Casey Howell has not filed a response, though the court has received other filings from Ms. Howell in the interim.

Ms. Howell filed a notice of appeal from the United States Court of Federal Claims's denial of any relief requested in her letter dated March 25, 2024, and from the court's rejection of one of her other filings. Meanwhile at

the trial court, Ms. Howell has moved for summary judgment and the United States has moved to dismiss. Both motions remain pending.

In general, we only have jurisdiction over "an appeal from a *final* decision of the United States Court of Federal Claims." 28 U.S.C. § 1295(a)(3) (emphasis added). A final decision "is one which ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Catlin v. United States*, 324 U.S. 229, 233 (1945). Here, no such decision has been entered, and Ms. Howell does not identify, and the court is not aware of, any other basis for this court's review of the challenged actions at this time. If necessary, Ms. Howell may seek this court's review by filing a timely notice of appeal after a final decision has been entered in her case.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 10, 2024
Date